Case 1:25-cv-00193-LG-BWR    Document 1-1    Filed 06/17/25    Page 1 of 1

1:25cv193 LG-BWR

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Oscar Brewer, et al.

**DEFENDANTS**
The City of Biloxi, Mississippi, et al.

(b) County of Residence of First Listed Plaintiff: Harrison
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Harrison
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Marvin Vining, Attorney at Law, LLC
P.O. Box 250 Monticello, MS 39654 (601) 842-2589

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Sec. 1983

Brief description of cause:
Multiple violations of Equal Protection Clause of the Fourteenth Amendmenment

## VII. REQUESTED IN COMPLAINT:
DEMAND $ Unspecified
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: June 16, 2025
SIGNATURE OF ATTORNEY OF RECORD: /s/ Marvin Vining, MS Bar No. 8535

**FOR OFFICE USE ONLY**
receipt # 5713688  $ 405.00