Exhibit 3

Projected 17 year sales for Martini's inside venue

| Year | Sales | COGS | Payroll | Rent | Utilities | Advertising | Entertainment | Misc | Net Income |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | $ 1,677,060.00 | $ 503,118.00 | $ 417,650.00 | $ 78,129.98 | $ 49,172.72 | $ 30,000.00 | $ 200,000.00 | $ 138,915.00 | $ 260,074.30 |
| 2025 | $ 1,844,766.00 | $ 553,429.00 | $ 461,191.50 | $ 80,473.88 | $ 50,647.90 | $ 30,000.00 | $ 200,000.00 | $ 145,860.75 | $ 323,163.00 |
| 2026 | $ 2,029,242.60 | $ 608,772.78 | $ 507,310.72 | $ 82,888.10 | $ 52,167.33 | $ 30,000.00 | $ 200,000.00 | $ 153,153.79 | $ 394,949.88 |
| 2027 | $ 2,232,166.86 | $ 669,650.08 | $ 558,041.71 | $ 85,374.74 | $ 53,732.35 | $ 30,000.00 | $ 200,000.00 | $ 160,811.48 | $ 474,556.50 |
| 2028 | $ 2,455,383.55 | $ 736,614.00 | $ 613,846.00 | $ 87,935.98 | $ 55,344.32 | $ 30,000.00 | $ 200,000.00 | $ 168,852.05 | $ 562,791.19 |
| 2029 | $ 2,700,921.90 | $ 810,276.57 | $ 675,230.75 | $ 90,574.06 | $ 57,004.65 | $ 30,000.00 | $ 200,000.00 | $ 177,294.65 | $ 660,541.21 |
| 2030 | $ 2,971,014.09 | $ 891,304.27 | $ 742,753.00 | $ 93,291.28 | $ 58,714.79 | $ 30,000.00 | $ 200,000.00 | $ 186,159.39 | $ 768,791.36 |
| 2031 | $ 3,268,115.50 | $ 980,434.65 | $ 817,028.87 | $ 96,090.02 | $ 60,476.24 | $ 30,000.00 | $ 200,000.00 | $ 195,467.36 | $ 888,618.37 |
| 2032 | $ 3,594,927.05 | $ 1,078,478.10 | $ 898,731.75 | $ 98,972.72 | $ 62,290.52 | $ 30,000.00 | $ 200,000.00 | $ 205,240.72 | $ 1,021,213.22 |
| 2033 | $ 3,954,419.75 | $ 1,186,325.92 | $ 988,604.93 | $ 101,941.90 | $ 64,159.24 | $ 30,000.00 | $ 200,000.00 | $ 215,502.76 | $ 1,167,885.00 |
| 2034 | $ 4,349,861.73 | $ 1,304,958.52 | $ 1,087,465.43 | $ 105,000.16 | $ 66,084.02 | $ 30,000.00 | $ 200,000.00 | $ 226,277.90 | $ 1,330,075.71 |
| 2035 | $ 4,784,847.90 | $ 1,435,454.37 | $ 1,196,211.98 | $ 108,150.17 | $ 68,066.54 | $ 30,000.00 | $ 200,000.00 | $ 237,591.79 | $ 1,509,373.06 |
| 2036 | $ 5,263,332.69 | $ 1,578,999.81 | $ 1,315,833.00 | $ 111,394.67 | $ 70,108.53 | $ 30,000.00 | $ 200,000.00 | $ 249,471.38 | $ 1,707,525.29 |
| 2037 | $ 5,789,665.96 | $ 1,736,899.50 | $ 1,447,416.25 | $ 114,736.51 | $ 72,211.79 | $ 30,000.00 | $ 200,000.00 | $ 261,944.95 | $ 1,926,456.96 |
| 2038 | $ 6,368,632.56 | $ 1,910,589.00 | $ 1,592,158.14 | $ 118,178.61 | $ 74,378.14 | $ 30,000.00 | $ 200,000.00 | $ 275,042.20 | $ 2,168,286.47 |
| 2039 | $ 7,005,495.82 | $ 2,101,648.75 | $ 1,751,374.00 | $ 121,723.96 | $ 76,609.49 | $ 30,000.00 | $ 200,000.00 | $ 288,794.31 | $ 2,435,345.31 |
| 2040 | $ 7,706,045.40 | $ 2,311,813.62 | $ 1,926,511.35 | $ 125,375.68 | $ 78,907.77 | $ 30,000.00 | $ 200,000.00 | $ 303,234.02 | $ 2,730,202.95 |
|  | $ 67,995,899.36 | $ 20,398,766.94 | $ 16,997,359.38 | $ 1,700,232.43 | $ 1,070,076.35 | $ 510,000.00 | $ 3,400,000.00 | $ 3,589,614.49 | $ 20,329,849.78 |