# Exhibit 4

Projected 20 year sales for Martini's outside venue

| Year | Sales ($) | COGS ($) | Payroll ($) | Marketing ($) | Net Income ($) |
|---|---|---|---|---|---|
| 1 | $1,000,000.00 | $300,000.00 | $250,000.00 | $20,000.00 | $430,000.00 |
| 2 | $1,100,000.00 | $339,900.00 | $283,250.00 | $20,000.00 | $456,850.00 |
| 3 | $1,210,000.00 | $385,106.70 | $320,922.25 | $20,000.00 | $483,971.05 |
| 4 | $1,331,000.00 | $436,325.89 | $363,604.91 | $20,000.00 | $511,069.20 |
| 5 | $1,464,100.00 | $494,357.23 | $411,964.36 | $20,000.00 | $537,778.40 |
| 6 | $1,610,510.00 | $560,106.75 | $466,755.62 | $20,000.00 | $563,647.63 |
| 7 | $1,771,561.00 | $634,600.94 | $528,834.12 | $20,000.00 | $588,125.94 |
| 8 | $1,948,717.10 | $719,002.87 | $599,169.06 | $20,000.00 | $610,545.17 |
| 9 | $2,143,588.81 | $814,630.25 | $678,858.54 | $20,000.00 | $630,100.02 |
| 10 | $2,357,947.69 | $922,976.07 | $769,146.73 | $20,000.00 | $645,824.89 |
| 11 | $2,593,742.46 | $1,045,731.89 | $871,443.24 | $20,000.00 | $656,567.32 |
| 12 | $2,853,116.71 | $1,184,814.23 | $987,345.20 | $20,000.00 | $660,957.28 |
| 13 | $3,138,428.38 | $1,342,394.53 | $1,118,662.11 | $20,000.00 | $657,371.74 |
| 14 | $3,452,271.21 | $1,520,933.00 | $1,267,444.17 | $20,000.00 | $643,894.05 |
| 15 | $3,797,498.34 | $1,723,217.09 | $1,436,014.24 | $20,000.00 | $618,267.01 |
| 16 | $4,177,248.17 | $1,952,404.96 | $1,627,004.13 | $20,000.00 | $577,839.07 |
| 17 | $4,594,972.99 | $2,212,074.82 | $1,843,395.68 | $20,000.00 | $519,502.48 |
| 18 | $5,054,470.28 | $2,506,280.77 | $2,088,567.31 | $20,000.00 | $439,622.20 |
| 19 | $5,559,917.31 | $2,839,616.12 | $2,366,346.76 | $20,000.00 | $333,954.43 |
| 20 | $6,115,909.04 | $3,217,285.06 | $2,681,070.88 | $20,000.00 | $197,553.10 |
|  | $57,274,999.49 | $25,151,759.17 | $20,959,799.31 | $400,000.00 | $10,763,440.98 |